**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X

JAMES C. GREEN,                         06 CV 1721 (RMB) (AJP)

                                        MOTION FOR
                  PLAINTIFF(S),         PLAINTIFF'S MOTION
                                        FOR A JURY

   - against -

THE HERTZ CORPORATION, INC.

                  DEFENDANT(S).
--------------------------------X

RECEIVED JUN 29 2006 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/06

**PLEASE TAKE NOTICE that,** upon the annexed affidavit of Thomas A. Farinella, Esq., sworn on June 29, 2006, respectively, plaintiff, by its attorney, The Law Office of Thomas A. Farinella, will move this Court before the Honorable Andrew J. Peck, United States Magistrate Judge, United States District Court, Courtroom 20D, United States Court House, Southern District of New York, 500 Pearl Street, New York, New York, to grant plaintiff, request for a jury trial.

Queens, New York
June 29, 2006

Respectfully submitted,

The Law Office of Thomas A. Farinella

By: _[signature]_
THOMAS A. FARINELLA (TF-8309)
242-11 Braddock Ave.
Bellerose, NY 11426
(917) 806-7053
Attorney for Plaintiff

SO ORDERED:
_[signature]_
Hon. Andrew Jay Peck
United States Magistrate Judge

[Handwritten notes in margin: Motion granted for the reasons stated at the conference 7/5/06]

BY FAX

Thomas A. Farinella (TF-8309)
The Law Office of Thomas A. Farinella
242-11 Braddock Ave.
Bellerose, NY 11426
(917) 806-7053
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
JAMES C. GREEN

                06 CV 1721 (RMB) (AJP)

                AFFIRMATION FOR
    PLAINTIFF(S),    PLAINTIFF'S MOTION
                FOR A JURY TRIAL

- against -

THE HERTZ CORPORATION, INC.

    DEFENDANT(S).
----------------------------------X

    Plaintiff by his attorney, submits the following affirmation in support of plaintiff's motion for a jury trial whereby, Thomas A. Farinella, an attorney-at-law duly admitted to practice in the State of New York and the Southern District of New York, affirms under the penalty of perjury:

    1.    I am associated with the Law Offices of Thomas A. Farinella, the attorney for James C. Green (hereinafter "Green" or "Plaintiff"), the Plaintiff in the above referenced action, and based upon my review of the file

and my prior handling of this case, I am fully familiar with the facts and proceedings hereto had herein.

2. I was admitted to practice before the Court in April of 2002 and remain a member in good standing.

3. This Affidavit is being submitted in support of the within motion for a jury trial, in a removed case from the New York State Supreme Court in that such cases "all pleadings that are served do not fall within the situations contemplated Fed. R. Civ. P, (81)(c), Turkenitz v. Metromotion, 1997 U.S. Dist. LEXIS 19762.

4. Presumably if the case was not removed Plaintiff would be able to decide if he would like a jury trial when the case is ready for trial as stated by United States District Court for the Southern District of New York, "the decision as to whether or not a case should be tried by a jury need not be made in New York State Courts until a case is actually ready for trial." Turkenitz v. Metromotion, 1997 U.S. Dist. LEXIS 19762. In addition CPLR

2

§4102(e) gives broad discretion to grant late requests for a jury.

5. The Court further determined, "there are three factors that would allow the district court on remand to allow a "late" request for a jury trial. First, whether the case is of a type "traditionally triable by jury. Second, the parties' assumption as to whether the case would be tried to a jury. Third, prejudice to the non-movement. <u>Turkenitz v. Metromotion</u>, 1997 U.S. Dist. LEXIS 19762.

6. In the instant case, all necessary pleading have not been served, wrongful termination based upon discrimination is "traditionally triable by jury," is was assumed by counsel that the case would be tried by a jury and the defendant would not be prejudice because very limited, if any discovery at all has been provided.

7. Plaintiff respectfully requests this Court grant this motion for a jury trial by the plaintiff James C. Green.

3

**Wherefore**, the undersigned, Thomas A. Farinella, respectfully moves for the Court to grant plaintiff's motion for a jury trial.

Queens, New York
June 29, 2006

      Respectfully submitted,

      The Law Office of Thomas A. Farinella

      By: _____
          THOMAS A. FARINELLA (TF-8309)
          242-11 Braddock Ave.
          Bellerose, NY 11426
          (917) 806-7053
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached Motion for Jury Trial was sent by facsimile and first-class U.S. mail and (in properly-addressed envelope with first class postage duly paid) before 5:00 p.m. on June 29, 2006 to the attorneys of record for all or the parties in this action at the addresses listed below:

1. EPSTEIN BECKER & GREEN, P.C.
   Kenneth DiGia, Esq.
   250 Park Ave.
   New York, NY 10177-0077
   Attorneys for the Defendant

Queens, New York
June 29, 2006

    The Law Office of Thomas A. Farinella
    By: *[signature]*
    THOMAS A. FARINELLA (TF-8309)
    242-11 Braddock Ave.
    Bellerose, NY 11426
    (917) 806-7053
    Attorney for Plaintiff

5

# 06 CV 1721 (RMB) (AJP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JAMES C. GREEN

                PLAINTIFF(S),

- against -

THE HERTZ CORPORATION, INC.

                DEFENDANT(S).
----------------------------------X

## PLAINTIFF'S MOTION FOR A JURY TRIAL

*Attorney for Plaintiff:*
*Law Office of Thomas A. Farinella*
*By: Thomas A. Farinella, Esq.*
*Attorney & Counselor at Law*
*242-11 Braddock Ave.*
*Bellerose, NY 11426*
*(917) 806-7053*
*(646) 349-3209*

*Referred To:*

_____ *Clerk*

*Date:*_____

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** July 5, 2006          **Total Number of Pages:** 8

| TO | FAX NUMBER |
|---|---|
| Thomas A. Farinella, Esq. | 646-349-3209 |
| Kenneth W. DiGia, Esq. | 212-661-0989 |
| Frank B. Shuster, Esq. | 404-525-6955 |

# TRANSCRIPTION:

**MEMO ENDORSED 7/5/06**

Motion granted for the reasons stated on the record at the last conference.

**Copy to:** Judge Richard M. Berman